UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-1756 ODW (MRW) | Date | December 4, 2013 |
|---|---|---|---|
| Title | Sheridan v. Beach | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

In October 2013, the Court issued an order to Plaintiff to file his position regarding the City's notice of automatic stay resulting from its municipal bankruptcy filing and its impact on this civil rights action. (Docket # 10.) The Court directed Plaintiff to submit his position by or before November 14. Plaintiff failed to file any timely response.

THEREFORE, Plaintiff is ordered to show cause why the Court should not stay this action indefinitely, or dismiss it pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute or respond to a court order. Plaintiff must file his response to this OSC (not to exceed 3 pages) by or before <u>December 29, 2013</u>. If Plaintiff fails to file a response, the Court will consider dismissing the action on these grounds.